March 11, 1983.

459 A.2d 430

Calabrese et al., Appellants v. Orr.

Reargument Denied May 20, 1983.

Petition for Allowance of Appeal
Denied Sept. 21, 1983.

Argued June 4, 1982. Scott A. Bennett, for appellants; Bernard J. Smolens, for appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.